**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **POWERLINE INNOVATIONS, LLC,** ) | |
| ) | Civil Action No. 6:11-cv-410 |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| ) | |
| **SHARP CORPORATION, et al.** ) | |
| ) | |
| Defendants . ) | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff has no parent corporation, and there is no publicly held corporation owning 10% or more of Plaintiff's stock.

Dated: August 6, 2011                    Respectfully submitted,

By: \s\ *Hao Ni*
Hao Ni
Texas Bar No. 24047205
Ni Law Firm, PLLC
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208
Fax: (214) 880-2209
E-mail: hni@nilawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date

\s\ *Hao Ni*