# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **POWERLINE INNOVATIONS, LLC,** *Plaintiff*, v. **SHARP CORPORATION,** *et. al.*, *Defendants*. | Civil Action No. 6:11-cv-410 <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Powerline Innovations, LLC, and defendants, Cisco Systems, Inc. and Cisco Technology, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Powerline Innovations, LLC and defendants, Cisco Systems, Inc. and Cisco Technology, Inc., are hereby dismissed with prejudice.

IS FURTHER ORDERED that all attorneys' fees and costs are to be borne by the party incurring same.

**So ORDERED and SIGNED this 14th day of November, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**