**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **POWERLINE INNOVATIONS, LLC** § § § | | |
| **Plaintiff,** § § | | |
| v. § | **No. 6:11-cv-00410** | |
| **SHARP CORPORATION et al.,** § § § | **JURY TRIAL DEMANDED** | |
| **Defendants.** § § | | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Unopposed Motion for Dismissal With Prejudice of all claims by plaintiff, Powerline Innovations, LLC, against defendants D-Link Corporation and D-Link Systems, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims in this suit by plaintiff, Powerline Innovations, LLC against defendants, D-Link Corporation and D-Link Systems, Incorporated, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENT IN SUIT SETTLEMENT AGREEMENT**" and dated November 22, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 5th day of December, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**