# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **POWERLINE INNOVATIONS, LLC**, | § § § | |
| Plaintiff, | § § | CASE NO. 6:11-cv-410 |
| v. | § § | Hon. Leonard Davis |
| | § | JURY TRIAL |
| **SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; BELKIN INTERNATIONAL, INC.; CISCO SYSTEMS, INC.; CISCO TECHNOLOGY, INC.; NETGEAR, INC.; D-LINK CORPORATION, INC.; D-LINK SYSTEMS, INCORPORATED; ZYXEL COMMUNICATIONS CORPORATION; ZYXEL COMMUNICATIONS, INC.; BILLION ELECTRIC CO., LTD.; BEC TECHNOLOGIES INC.; GIGAFAST E LTD.; TP-LINK TECHNOLOGIES CO., LTD.; TP-LINK USA CORPORATION; TRENDNET, INC.; MONSTER CABLE PRODUCTS, INC.** | § § § § § § § § § § § § | |
| Defendants. | § § § | |

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2)

Defendant Billion Electric Co., Ltd. ("Dismissed Defendant") and plaintiff Powerline Innovations, LLC ("Plaintiff") have jointly moved to dismiss Plaintiff's complaint against Dismissed Defendant with prejudice and with no award of fees or costs in accordance with the representations and stipulations set forth in their motion. The Court, pursuant to Federal Rule of Civil Procedure 41(a)(2), having considered the parties' request, is of the opinion that the request for dismissal should be GRANTED.

- 2 -

IT IS THEREFORE ORDERED that Plaintiff's Original Complaint against Dismissed Defendant is dismissed in accordance with the representations and stipulations set forth in the stipulated motion, with prejudice and without an award of fees or costs.

**So ORDERED and SIGNED this 30th day of January, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**