# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **POWERLINE INNOVATIONS, LLC** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | No. 6:11-cv-00410 |
| **SHARP CORPORATION et al.,** | § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Powerline Innovations, LLC, and defendants, Sharp Corporation and Sharp Electronics Corporation, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Powerline Innovations, LLC, and defendants, Sharp Corporation and Sharp Electronics Corporation, are hereby dismissed with prejudice, subject to the terms of the certain agreement entitled **"PATENT LICENSE AND SETTLEMENT AGREEMENT"** and dated February 10, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 15th day of February, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**