# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **POWERLINE INNOVATIONS, LLC** § § § | | |
| Plaintiff, § § | | |
| v. § | No. 6:11-cv-00410 | |
| **SHARP CORPORATION et al.,** § § | JURY TRIAL DEMANDED | |
| Defendants. § § | | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Powerline Innovations, LLC ("Plaintiff"), and Gigafast E Ltd; TRENDnet, Inc.; and Monster Cable Products, Inc. (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**MASTER AGREEMENT**" and dated April 24, 2012, with each party to bear its own costs, expenses and attorneys' fees.

DATED May 4, 2012.	Respectfully submitted,

By: \s\ *Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Stevenson Moore
Texas bar No. 24076573
smoore@nilawfirm.com

Ni Law Firm, PLLC
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208
Fax: (214) 880-2209

**ATTORNEYS FOR PLAINTIFF POWERLINE INNOVATIONS, LLC.**

/s/ *Dwayne LeRoy Mason*
Dwayne LeRoy Mason
Greenberg Traurig - Houston
1000 Louisiana
Suite 1700
Houston, TX 77002
(713) 374-3601
Fax: (713) 754-6605
Email: masondl@gtlaw.com

**ATTORNEY FOR DEFENDANTS GIGAFAST E LTD., TRENDNET, INC., AND MONSTER CABLE PRODUCTS, INC.**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this 4th day of May, 2012.

\s\ *Hao Ni*
Hao Ni