**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **POWERLINE INNOVATIONS, LLC** | § | |
| Plaintiff, | § | |
| v. | § | No. 6:11-cv-00410 |
| **SHARP CORPORATION et al.**, | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Parties' Stipulated Motion for Dismissal of Plaintiff's claims against Defendants GigaFast E Ltd., TRENDnet, Inc., and Monster Cable Products, Inc., with prejudice, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED, and DECREED that all claims asserted in this suit by Plaintiff against Defendants are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "MASTER AGREEMENT" dated April 242012, with each party to bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 11th day of May, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**