Case 6:11-cv-00410-LED   Document 135   Filed 01/29/13   Page 1 of 1 PageID #: 614

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **POWERLINE INNOVATIONS, LLC** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | No. 6:11-cv-00410 |
| **SHARP CORPORATION et al.,** | § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Powerline Innovations, LLC ("Plaintiff") and Defendant and Counterclaim-Plaintiff NETGEAR, Inc. ("NETGEAR") announced to the Court that they have settled Plaintiff's claims for relief against NETGEAR and NETGEAR's counterclaims for relief against Plaintiff asserted in this case. Plaintiff and NETGEAR have therefore requested that the Court dismiss Plaintiff's claims for relief against NETGEAR and NETGEAR's counterclaims for relief against Plaintiff, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against NETGEAR and NETGEAR's counterclaims for relief against Plaintiff are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 29th day of January, 2013.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**