**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **POWERLINE INNOVATIONS, LLC** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | No. 6:11-cv-00410 |
| **SHARP CORPORATION** *et al.*, | § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § § § | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Powerline Innovations, LLC ("Plaintiff") and Defendant TP-Link USA Corporation ("TP-Link") have settled Plaintiff's claims for relief against TP-Link and TP-Link's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and TP-Link, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against TP-Link and TP-Link's counterclaims for relief against Plaintiff, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: February 5, 2013                                     Respectfully submitted,

| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| By: \s\ *Stevenson Moore*<br>  Stevenson Moore<br>  Texas bar No. 24076573<br>  smoore@nilawfirm.com<br>  Hao Ni<br>  Texas Bar No. 24047205<br>  hni@nilawfirm.com<br><br>**Ni, Wang & Associates, PLLC**<br>8140 Walnut Hill Ln., Ste. 310<br>Dallas, TX 75231<br>Tel: (972) 331-4600<br>Fax: (972) 314-0900<br><br>**ATTORNEYS FOR PLAINTIFF POWERLINE INNOVATIONS, LLC** | REED SMITH, LLP<br>*/s/ Scott D. Baker* (w/permission)<br>  Scott D. Baker, Pro Hac Vice (Cal. SBN 84923)<br>  John P. Bovich, Pro Hac Vice (Cal. SBN 150688)<br>  William R. Overend, Pro Hac Vice (Cal. SBN 180209)<br>  Jonah D. Mitchell, Pro Hac Vice (Cal. SBN 203511)<br>  Seth B. Herring, Pro Hac Vice (Cal. SBN 253907)<br>  101 Second Street, Suite 1800 San Francisco, CA 941015<br><br>Telephone: +1 415 543 8700<br>Facsimile: +1 415 391 8269<br>Email: sbaker@reedsmith.com<br>Email: jbovich@reedsmith.com<br>Email: woverend@reedsmith.com<br>Email: jmitchell@reedsmith.com<br>Email: sherring@reedsmith.com<br><br>Trey Yarbrough<br>Bar No. 22133500<br>YARBROUGH ♦ WILCOX, PLLC<br>100 E. Ferguson, Ste. 1015<br>Tyler, Texas 75702<br>Telephone: +1 903 595 3111<br>Facsimile: +1 903 595 0191<br>Email: trey@yw-lawfirm.com<br><br>**ATTORNEYS FOR DEFENDANT TP-LINK USA CORPORATION** |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this 5th day of February, 2013.

                                                          \s\ *Stevenson Moore*
                                                          Stevenson Moore