**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **POWERLINE INNOVATIONS, LLC** § § § **Plaintiff,** § § **v.** § § **QUALCOMM INCORPORATED** *et al.,* § § **Defendants.** § § § | 6:11cv410 LEAD CONSOLIDATED WITH No. 6:11-cv-00411 **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Powerline Innovations, LLC ("Plaintiff") and Defendant Qualcomm Atheros, Inc. ("Qualcomm") announced to the Court that they have resolved Plaintiff's claims for relief against Qualcomm asserted in this case. Plaintiff and Qualcomm have therefore requested that the Court dismiss Plaintiff's claims for relief against Qualcomm, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Qualcomm are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

So ORDERED and SIGNED this 11th day of February, 2013.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**