**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **POWERLINE INNOVATIONS, LLC** § § | | |
| Plaintiff, § § | | |
| v. § § | No. 6:11-cv-00410 | |
| **SHARP CORPORATION et al.,** § § | **JURY TRIAL DEMANDED** | |
| Defendants. § § § | | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, Powerline Innovations, LLC, and defendant, Sigma Designs, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**PATENT IN SUIT SETTLEMENT AGREEMENT AND RELEASE**" and dated February 26, 2013, with each party to bear its own costs, expenses and attorneys' fees.

DATED March 14, 2013.

Respectfully submitted,

By: \s\ *Stevenson Moore*
Stevenson Moore
Texas bar No. 24076573
smoore@nilawfirm.com
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com

Ni, Wang & Associates, PLLC
8140 Walnut Hill Ln., Ste. 310
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF
POWERLINE INNOVATIONS, LLC**

REED SMITH, LLP
*/s/ Scott D. Baker* (w/permission)
Scott D. Baker, Pro Hac Vice (Cal. SBN 84923)
John P. Bovich, Pro Hac Vice (Cal. SBN 150688)
William R. Overend, Pro Hac Vice (Cal. SBN 180209)
Jonah D. Mitchell, Pro Hac Vice (Cal. SBN 203511)
Seth B. Herring, Pro Hac Vice (Cal. SBN 253907)
101 Second Street, Suite 1800 San Francisco, CA 941015

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
Email: sbaker@reedsmith.com
Email: jbovich@reedsmith.com
Email: woverend@reedsmith.com
Email: jmitchell@reedsmith.com
Email: sherring@reedsmith.com

Trey Yarbrough
Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone: +1 903 595 3111
Facsimile: +1 903 595 0191
Email: trey@yw-lawfirm.com

**ATTORNEYS FOR DEFENDANT SIGMA DESIGNS, INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this 14th day of March, 2013.

\s\ *Stevenson Moore*
Stevenson Moore