IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **POWERLINE INNOVATIONS, LLC** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | No. 6:11-cv-00410 LEAD |
| **SHARP CORPORATION et al.,** | § § | CONSOLIDATED WITH 6:11CV411 |
| | § | JURY TRIAL DEMANDED |
| **Defendants.** | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Powerline Innovations, LLC, and defendant, Sigma Designs, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Powerline Innovations, LLC, and defendant, Sigma Designs, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled **"PATENT IN SUIT SETTLMENT AGREEMENT AND RELEASE"** and dated February 26, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

So ORDERED and SIGNED this 15th day of March, 2013.

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE