**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **POWERLINE INNOVATIONS, LLC** § § | | |
| **Plaintiff,** § § | | |
| v. § | No. 6:11-cv-00410 | |
| § **SHARP CORPORATION** *et al.*, § | **JURY TRIAL DEMANDED** | |
| § **Defendants.** § § | | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF ARKADOS GROUP, INC. AND ARKADOS, INC.**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff, Powerline Innovations, LLC hereby voluntarily dismisses WITHOUT PREJUDICE all claims asserted in the above-entitled action against Arkados Group, Inc. and Arkados, Inc. (collectively, "Arkados"). Prior to the filing of this notice, Arkados has neither served an answer or a motion for summary judgment.

DATED April 17, 2013.

Respectfully submitted,

By: \s\ *Stevenson Moore*
Stevenson Moore
Texas bar No. 24076573
smoore@nilawfirm.com
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com

Ni, Wang & Associates, PLLC
8140 Walnut Hill Ln., Ste. 310
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF**
**POWERLINE INNOVATIONS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this 17th day of April, 2013.

\s\ *Stevenson Moore* _
Stevenson Moore