**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **POWERLINE INNOVATIONS, LLC** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **No. 6:11-cv-00410** |
| **SHARP CORPORATION** *et al.,* | § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § § § | |

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In consideration of Plaintiff Powerline Innovations, LLC's filing of a Notice of Voluntary

Dismissal Without Prejudice before an answer or motion for summary judgment has been filed

by Defendants Arkados Group, Inc. and Arkados, Inc., the Court hereby dismisses all claims in

this action against Arkados Group, Inc. and Arkados, Inc. WITHOUT PREJUDICE in

accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear their own costs, expenses,

and attorneys' fees.

    **So ORDERED and SIGNED this 22nd day of April, 2013.**



    **LEONARD DAVIS**
    **UNITED STATES DISTRICT JUDGE**