# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **POWERLINE INNOVATIONS, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:11-CV-410 |
| | § | |
| **SHARP CORP., et al.,** | § | |
| | § | |
| Defendants. | § | |
| | § | |

## FINAL JUDGMENT

Pursuant to the Orders granting the parties' Stipulated Dismissals, the Court hereby enters Final Judgment. On August 6, 2011, Powerline Innovations, LLC filed suit against Sharp Corp., Sharp Electronics Corp., Belkin International, Inc., Cisco Systems, Inc., Cisco Technology, Inc., Netgear, Inc., D-Link Corp., D-Link Systems, Inc., ZyXEL Communications Corp., ZyXEL Communications, Inc., Billion Electric Co., Ltd., BEC Technologies, Inc., Gigafast E Ltd., TP-Link Technologies Co., Ltd., TP-Link USA Corp., Trendnet, Inc., and Monster Cable Products, Inc.

Since that time, all Defendants have been dismissed: Sharp Corp. (Docket No. 93); Sharp Electronics Corp. (Docket No. 93); Belkin International, Inc. (Docket No. 133); Cisco Systems, Inc. (Docket No. 54); Cisco Technology, Inc. (Docket No. 54); Netgear, Inc. (Docket No. 135); D-Link Corp. (Docket No. 66); D-Link Systems, Inc. (Docket No. 66); ZyXEL Communications Corp. (Docket No. 84); ZyXEL Communications, Inc. (Docket No. 84); Billion Electric Co., Ltd. (Docket No. 87); BEC Technologies, Inc. (Docket No. 125); Gigafast E Ltd. (Docket No. 109); TP-Link Technologies Co., Ltd. (Docket No. 100); TP-Link USA

Corp. (Docket No. 136); TRENDnet, Inc. (Docket No. 109); and Monster Cable Products, Inc. (Docket No. 109).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 25th day of April, 2013.**

                **LEONARD DAVIS**
                **UNITED STATES DISTRICT JUDGE**